QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD BURKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:0O-cr-075 WBS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| RONALD BURKE, | ) | Date:  December 14, 2005 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Laurel White, counsel for Plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant RONALD BURKE, that the dispositional hearing regarding supervised release set for December 14, 2005, be vacated and the matter continued until December 21, 2005 for status regarding disposition.

This continuance is requested to permit receipt of the report of a psychologist engaged by the defense to review the reports of Dr. Carol Atkinson one of which was presented to counsel in court on the last date set for hearing on this matter, and the other of which was disclosed shortly thereafter. The requested report is expected to be received either Friday of this week or next Monday, December 19, 2005. Counsel for Mr. Burke has disclosed the anticipated tenor of the report to Ms. White. The court is advised that consideration of that report may prompt a request for a further continuance in order to obtain the presence of a witness or witnesses before the court

The court is advised that counsel have conferred about this new date and Ms. White has authorized Mr. Staniels to sign this stipulation on her behalf.

**IT IS SO STIPULATED**

Dated: December 13, 2005        /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                RONALD BURKE

Dated: December 13, 2005        /S/ Laurel White by jls per auth
                                LAUREL WHITE
                                Assistant United States Attorney
                                Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  December 14, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE